Seth M. Sproul (SBN 217711)
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste 400
San Diego, CA 92130
Tel: (858) 678-4343 / Fax: (858) 678-5099
sproul@fr.com

John S. Goetz (Admitted *pro hac vice*)
Alexander Mazza (Admitted *pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070 / Fax: (212) 258-2291
goetz@fr.com
mazza@fr.com

*Attorneys for Petitioner Sckipio Technologies S.I. Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. § 1782 of Sckipio Technologies S.I. Ltd., | Case No. 5:24-mc-80167-EJD |
| PETITIONER, | **STIPULATION REGARDING AUTHORIZATION OF SERVICE PURSUANT TO 28 U.S.C. 1782; [PROPOSED] ORDER** |
| - To take the discovery of - | |
| Broadcom Corporation, | |
| RESPONDENT. | |

Sckipio Technologies S.I. Ltd. ("Sckipio") and Broadcom Corporation ("Broadcom") (together, the "Parties"), hereby stipulate and respectfully request that the Court order:

1.    Sckipio to obtain discovery, pursuant to 28 U.S.C. §1782, from Broadcom in accordance with the subpoenas marked as Exhibit A (Dkt. 1-01) and Exhibit B (Dkt. 1-02) in Sckpio's §1782 application (Dkt. 1);

2.    Broadcom to respond to such subpoenas in accordance with, subject to, and without waiver of its rights under the Federal Rules of Civil Procedure and the Rules of this Court;

3.    Sckipio to submit copies of this Order and the subpoenas issued pursuant to this Order with any submission of documents or information obtained pursuant to this Order in the civil proceeding contemplated in Germany, subject to the terms of a Protective Order to be entered by this Court; and

4.    The parties to bear their own litigation costs and attorneys' fees.

Respectfully submitted,[1]

Dated:  August 22, 2024

By:  /s/ John S. Goetz
Seth M. Sproul (SBN 217711)
FISH & RICHARDSON P.C.
12860 El Camino Real
Ste 400
San Diego, CA 92130
Tel: (858) 678-4343 / Fax: (858) 678-5099
sproul@fr.com

John S. Goetz (Admitted *pro hac vice*)
Alexander Mazza (Admitted *pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square
20th Floor
New York, NY 10036
Tel: (212) 765-5070 / Fax: (212) 258-2291
goetz@fr.com
mazza@fr.com

*Attorneys for Petitioner*
*Sckipio Technologies S.I. Ltd.*

By:  /s/ Matthew C. Holohan
Kenneth S. Chang (SBN 211925)
Matthew C. Holohan (SBN 239040)
QUARLES & BRADY LLP
8210 SouthPark Terrace
Littleton, CO 80120
Desk: 303-381-9891
ken.chang@quarles.com
matthew.holohan@quarles.com

*Attorney for Respondent*
*Broadcom Corporation*

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION REGARDING ENTRY OF
28 U.S.C. 1782; [PROPOSED] ORDER
Case No. 5:24-mc-80167-NC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____

EDWARD J. DAVILA
United States District Judge

4